IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                          PLAINTIFF

v.                          No. 3:15-cv-26-DPM-JWC

DOES, Brooke, and all medical nurses,
and MICHAEL LANCE                                               DEFENDANTS

## ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 March 2015