IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                    PLAINTIFF

v.                          No. 3:15-cv-26-DPM

DOES, Brooke, and all medical nurses,
and MICHAEL LANCE                                          DEFENDANTS

## JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2015